IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KRISTIN L. LEO ) | |
| **Debtor(s)** ) | |
| ) | CHAPTER 13 |
| HYUNDAI CAPITAL AMERICA ) | |
| d/b/a KIA MOTORS FINANCE ) | Case No.: 25-12780 (DJB) |
| **Moving Party** ) | |
| ) | |
| v. ) | **Hearing Date:  9-4-25 at 11:00 AM** |
| ) | |
| KRISTIN L. LEO ) | |
| **Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |
| ) | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Comes now Hyundai Capital America d/b/a Kia Motors Finance ("Kia") filing this its Motion For Relief From The Automatic Stay ("Motion"), and in support thereof, would respectfully show:

1. That on July 11, 2025, Kristin L. Leo filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. This Court has jurisdiction of the Motion by virtue of 11 U.S.C. 105, 361 and 362 and 28 U.S.C. 157 and 1334.

3. On October 7, 2022, the Debtor entered into a retail installment contract for the purchase of a 2023 Kia Sportage bearing vehicle identification number 5XYK6CAF1PG060577. The contract was assigned to Kia Motors Finance and the Debtor became indebted to Kia in accordance with the terms of same.  Kia Motors Finance is designated as first lien holder on the title to the vehicle and holds a first purchase money security interest in the vehicle.  A true copy of the contract and title to the vehicle are annexed hereto as Exhibits A and B.   Hyundai Capital America does business as Kia Motors Finance.

    4. The Debtor's account is past due from January 21, 2023 to July 21, 2025 with arrears in the amount of $20,837.00.

    5. As of August 1, 2025, the Debtor's account with Kia had a net loan balance of $40,559.31.

    6. According to the August 2025 NADA Official Used Car Guide, the vehicle has a current retail value of $30,325.00.

    7. Hyundai Capital America d/b/a Kia Motors Finance alleges that the automatic stay should be lifted for cause under 11 U.S.C. 362(d)(1) in that Kia lacks adequate protection of its interest in the vehicle as evidenced by the following:

        (a) The Debtor is failing to make payments to Kia and is failing to provide Kia with adequate protection.

WHEREFORE PREMISES CONSIDERED, Hyundai Capital America d/b/a Kia Motors Finance respectfully requests that upon final hearing of this Motion, (1) the automatic stay will be terminated as to Kia to permit Kia to seek its statutory and other available remedies; (2) that the stay terminate upon entry of this Order pursuant to the authority granted by Fed.R.Bank.P., Rule 4001(a)(4) and (3) Kia be granted such other and further relief as is just.

Respectfully submitted,

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney ID: 92329
Local Counsel for Hyundai Capital America
d/b/a Kia Motors Finance