IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: KRISTIN L. LEO           ) | |
|      **Debtor(s)**              ) | |
|                                 ) | CHAPTER 13 |
| HYUNDAI CAPITAL AMERICA         ) | |
| d/b/a KIA MOTORS FINANCE        ) | Case No.: 25-12780 (DJB) |
|      **Moving Party**           ) | |
|                                 ) | |
|      v.                         ) | **Hearing Date:  9-4-25 at 11:00 AM** |
|                                 ) | |
| KRISTIN L. LEO                  ) | |
|      **Respondent(s)**          ) | 11 U.S.C. 362 |
|                                 ) | |
| KENNETH E. WEST                 ) | |
|      **Trustee**                ) | |
|                                 ) | |

## ORDER MODIFYING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Hyundai Capital America d/b/a Kia Motors Finance, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(4) to permit the movant to pursue the movant's rights in the personal property described as a **2023 Kia Sportage** bearing vehicle identification number 5XYK6CAF1PG060577 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:

_____
UNITED STATES BANKRUPTCY JUDGE