# Piazza Subaru of Limerick

PiazzaAutoGroup.com

**EXHIBIT A**

DEAL# 12887
99 Auto Park Blvd.
Limerick, PA 19468
489-3122
489-3864

BUYER'S NAME: KRISTIN LEO
ADDRESS: 65 MERKEL RD
ADDRESS:
CITY: GILBERTSVILLE
STATE: PA       ZIP: 19525

CO-BUYER'S NAME:
TELEPHONE: Home- (203) 788-8745  Work- (203) 788-8745
BUYER'S E-MAIL ADDRESS: kldobie03@msn.com
SALESPERSON: THOMAS EMMONS
DATE: 02/10/2026       DELIVERY DATE: 02/10/2026

YEAR 2026  MAKE SUBARU  MODEL CROSSTREK  TYPE 4DR AWD HY  STOCK #20631  MILEAGE ____
[X] NEW  [ ] DEMO  [ ] USED  [X] CAR  [ ] TRUCK  EXT COLOR SAPPH  INT GRY SPORT  VIN JF2GUSGD9T8222583

## Trade-In INFORMATION

Year ____ Make & Model ____
VIN ____
Tag # ____ State ____ Expiration ____
Title # ____
Name of Encumbrance Holder ____
Pay-Off given by ____ Good till ____
Trade-In Allowance #1  $ N/A
Balance Owed on Trade-In  $ N/A

Year ____ Make & Model ____
VIN ____
Tag # ____ State ____ Expiration ____
Title # ____
Name of Encumbrance Holder ____
Pay-Off given by ____ Good till ____
Trade-In Allowance #2  $ N/A
Balance Owed on Trade-In  $ N/A

IMPORTANT: The Trade-In value of the vehicle will be changed if the vehicle has suffered damage or serious mechanical deterioration since the date of this order and prior to delivery of the Trade-In to the dealer, or if its parts or accessories, or both, including tires, have been removed or replaced with parts or accessories of inferior quality. All trades are subject to reappraisal at delivery for material changes in accordance with SECT 301.4 (A) (8) of the AUTOMOTIVE INDUSTRY TRADE PRACTICES REGULATIONS. AS CONSIDERATION FOR US ACCEPTING YOUR VEHICLE AS A Trade-In, YOU REPRESENT AND WARRANT THAT IT HAS NO FLOOD OR FRAME DAMAGE.

X _____ Buyer's Signature

**DEPOSIT:** If you choose to cancel this contract or refuse to take delivery of the vehicle you have ordered, except as permitted by law, **you shall forfeit $ N/A as damages.**

X _____  X _____
Buyer's Signature       Co-Buyer's Signature

### WARRANTY INFORMATION

[ ] **FACTORY WARRANTY** – The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The seller hereby expressly disclaims all warranties, either expressed or implied including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.
[ ] **USED CAR WARRANTY** – Used car is covered by a limited warranty detailed in a separate document.
[ ] **AS IS** – This motor vehicle is sold "AS IS" without any warranty either expressed or implied. The purchaser will bear the entire expense of repairing or correcting any defect that presently exists or that may occur, in the vehicle.

BUYER'S SIGNATURE X
Co-Buyer's SIGNATURE X

**USED CAR CONTRACTUAL DISCLOSURE STATEMENT THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

## INSURANCE INFORMATION

Name of Insurance Company ____
Agent's Name: ____
Phone #: ____  Policy #: ____
Policy Effective Date __/__/__  Policy Expiration Date __/__/__

## VEHICLE INFORMATION

| Item | Amount |
|---|---|
| Price of Vehicle | $ 33144.00 |
| Dealer Installed Accessories or Service Items: | |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| Total Dealer Installed | $ N/A |
| TOTAL VEHICLE PRICE | $ 33144.00 |
| Less Trade-In Allowance #1 | –$ N/A |
| Less Trade-In Allowance #2 | –$ N/A |
| Net Difference | $ 33144.00 |
| Total Taxable Amount | $ 33144.00 |
| Sales Tax | $ 1988.64 |
| County Fee | $ N/A |
| Documentary Fee | $ 149.00 |
| Notary Fee | $ N/A |
| Messenger Fee | $ N/A |
| Registration Fee 48.00 / Title Fee 109.00 / Transfer Fee N/A / Encumbrance Fee 36.00 | $ 193.00 |
| PA Tire Tax | $ 5.00 |
| Luxury Tax (If Applicable) | $ N/A |
| On Line Title and Registration Fee | $ 22.53 |
| On Line Dealer Service Fee | $ N/A |
| Total | $ 35502.17 |
| Plus Balance Owed on Trade-In | $ N/A |
| Total Contract Price | $ 35502.17 |
| Rebate: | |
| | $ N/A |
| | $ N/A |
| Less Deposit (10%) | –$ N/A |
| Total Due | $ 35502.17 |
| Extended Service Contract | $ N/A |
| Miscellaneous Item: | $ N/A |
| Additional Tax | $ N/A |
| TOTAL DUE ON SALE | $ 35502.17 |
| Additional Deposit | –$ 20000.00 |
| TOTAL DUE ON DELIVERY | $ 15502.17 |
| AMOUNT TO BE FINANCED | $ 15502.17 |