**EXHIBIT**

**B**

I Matthew Buck am
gifting kristin Leo
$20,000 in order to purchase
a new vehicle.
This is not a loan

Matthew Buck

2/11/2026