# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:    Case No. 25-12780-djb

Kristin L. Leo,    Chapter 13

Debtor.

**Order Allowing Debtor to Incur Debt to Finance Purchase of a 2026 Subaru Crosstrek and Surrender of a 2023 Kia Sportage**

**Reconsidering Order and Reinstating the Automatic Stay**

**AND NOW**, upon consideration of the *Motion to Incur Debt to Finance Purchase of 2026 Subaru Crosstrek and to Surrender 2023 Kia Sportage* filed by Debtor Kristin L. Leo, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **ALLOWED** to incur post-petition debt to purchase the 2026 Subaru Crosstrek, VIN JF2GUSGD9T8222583 or similar vehicle from Piazza Subaru of Limerick or a similar dealer in the amount of about $15,597 which will be paid directly by the Debtor to a third-party finance company in monthly installments of about $331.30 with interest at a rate of about 15.17% for a term of about seventy-two months.

3. The automatic stay under 11 U.S.C. § 362(a) is **MODIFIED** under Fed R. Bankr. P. 400(a)(1) to allow Creditor Hyundai Capital America d/b/a Kia Motors Finance to pursue its <u>in rem</u> rights in the 2023 Kia Sportage, VIN 5XYK6CAF1PG060577 to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

4. Notwithstanding the provisions of the stipulation approved by the Court at ECF No. 22, the Trustee must stop distributing adequate protection payments to the Creditor, effective immediately.

5. The provisions of Fed. R. Bankr. P. 4001(a)(4) are waived.

Date:

Derek J. Baker
U.S. Bankruptcy Judge