

# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Kristin L. Leo,

           Debtor.

Case No. 25-12780-djb

Chapter 13

<span style="color:red">Amends ECF No. 34</span>

**Debtor's <span style="color:red">Amended</span> Motion to Expedite Hearing on Motion to Incur Debt to Finance Purchase of 2026 Subaru Crosstrek and to Surrender 2023 Kia Sportage**

**AND NOW**, Debtor Kristin L. Leo, through her attorney, moves for the entry of an order scheduling an expedited hearing on her Motion to Incur Debt to Finance Purchase of 2026 Subaru Crosstrek and to Surrender 2023 Kia Sportage (the "Substantive Motion") under Local Bankr. R. 5070-1(g) and 9014-3; and Fed. R. Bankr. P. 9006(c), 9013, and 9014.

## I. Jurisdiction

1. The Court has jurisdiction under 28 U.S.C. § 1334 and the Standing Order of Reference (E.D. Pa. Nov. 8, 1990).

2. This is a core proceeding under 28 U.S.C. § 157(b).

3. The Debtor consents to the entry of a final order by the Court.

4. Venue is proper under 28 U.S.C. § 1409.

## II. Background

5. The Debtor petitioned for relief under chapter 13 of the Bankruptcy Code on July 11, 2025.

6. On February 12, 2026, the Debtor filed the Substantive Motion seeking, among other relief, authorization to purchase a new car and surrender her old car.

### III.     Grounds for Expedited Consideration

7.      Expedited consideration is necessary and appropriate because the Debtor's old car is a safety hazard requires repairs that would cost several thousand dollars.

8.      The Debtor reviewed the Court's calendar pursuant to L.B.R. 5070-1(a) and L.B.R. 9014-3(c). The earliest ordinary hearing date available is March 19, 2026, which is not sufficient given the circumstances.

9.      For cause shown, the Court may reduce the time for notice and set an expedited hearing and objection schedule.

10.     The Debtor requests that the Court schedule an expedited hearing for February 19, 2026, and allow objections to be considered at all times before and during the hearing.

### IV.     Notice and Consultation

11.     The Substantive Motion and the instant motion have been served on all parties registered for service of notices through the CM/ECF system.

12.     The Debtor consulted with the following interested parties regarding the need for expedited consideration and potential hearing dates:

    a.     William E. Craig, attorney for creditor Hyundai Capital America d/b/a Kia Motors Finance. *Mr. Craig did not respond to the Debtor's inquiry, which was sent by email to < wcraig@egalawfirm.com> on February 12, 2026, at 9:12 p.m.*

    b.     LeeAne O. Huggins, staff attorney for chapter 13 standing trustee Kenneth E. West. *Ms. Huggins ~~did not respond to the Debtor's inquiry, which was sent by email to <lhuggins@ph13trustee.com> on February 12, 2026, at 9:12 p.m.~~ informed the Debtor on February 16, 2026, that her client opposes expedited hearing of the Substantive Motion.*

**FOR THOSE REASONS,** the Debtor requests that the Court grant relief in the form of order attached, and further in her favor if necessary and proper under the law.

Date: ~~February 13, 2026~~February 16, 2026    **SADEK LAW OFFICES LLC**
*Attorney for Debtor*

By: /s/ Brad J. Sadek_____
    Brad J. Sadek
    1500 JFK Blvd., Suite 220
    Philadelphia, PA 19102
    215-545-0008
    brad@sadeklaw.com