# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:  　　　　　　　　　　　　　　　　　　　　　　Case No. 25-12780-djb

　　　　Kristin L. Leo,  　　　　　　　　　　　　　　Chapter 13

　　　　　　　　　　Debtor.

### Order Setting Expedited Hearing on Debtor's Motion to Incur Debt to Finance Purchase of 2026 Subaru Crosstrek and to Surrender 2023 Kia Sportage

**AND NOW**, upon consideration of the Motion to Incur Debt to Finance Purchase of 2026 Subaru Crosstrek and to Surrender 2023 Kia Sportage filed at ECF No. 33 ("the Motion") by Debtor Kristin L. Leo, and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED** as set forth herein.

2. A hearing to consider the Motion will be held on February 26, 2026, at 11:00 AM (the "Hearing").

3. The Hearing will be an evidentiary hearing conducted in the following format:

    ☒  Video Conference using the following link:
    https://www.zoomgov.com/j/16106574791?omn=1618825575

    ☒  In-Person in Courtroom No. 2 at U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

4. Written objections or other responsive pleadings (while not required) may be filed up to the time of the hearing, and all objections will be considered at the hearing.

5. The Movant shall serve the Motion and this order on the U.S. Trustee, the case trustee, any individual respondents, all secured creditors, and all parties otherwise requesting notice by overnight mail, facsimile transmission, or e-mail transmission no later than 5:00 p.m. on February 18, 2026.

6. Service made to each party identified above through the court's CM/ECF system is effective.

7. The Movant shall serve this order and a Notice of the Motion in conformity with Local Bankr. Form 9014-3 on all other parties in interest, including creditors, by regular mail no later than 5:00 p.m. on February 18, 2026.

8.  The Movant shall promptly file a Certification of Service as required by Local Bankr. R. 9014-4.

Date:   February 17, 2026

_____
Derek J. Baker
U.S. Bankruptcy Judge