

# United States Bankruptcy Court
## Eastern District of Pennsylvania

| In re: | | Case No. 25-12780-djb |
|---|---|---|
| Kristin L. Leo, | | Chapter 13 |
| | Debtor. | |

**Debtor's Exhibits at the Hearing on the Debtor's Motion to Incur Debt to Finance Purchase of 2026 Subaru Crosstrek and to Surrender 2023 Kia Sportage**

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Debtor 1 | Debtor's first amended chapter 13 plan (ECF No. 28) | | | |
| Debtor 2 | Sale order from Piazza Subaru of Limerick (ECF No. 33-1) | | | |
| Debtor 3 | Debtor's Schedule I (ECF No. 1, pp. 24-25) | | | |
| Debtor 4 | Debtor's second amended Schedule J (ECF No. 39) | | | |