# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                    Case No. 25-12780-djb

    Kristin L. Leo,                              Chapter 13

                    Debtor.

**Debtor's Witnesses at the Hearing on the Debtor's Motion to Incur Debt to Finance Purchase of 2026 Subaru Crosstrek and to Surrender 2023 Kia Sportage**

| Order | Witness Name | Testimony Description |
|---|---|---|
| 1 | Kristin L. Leo | The witness will testify about (1) her need to finance the purchase of a new vehicle, and (2) the feasibility of her proposed chapter 13 plan. |