# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Kristin L. Leo,

              Debtor.

Case No. 25-12780-djb

Chapter 13

**Third Amended List of Debtor's Exhibits at the Hearing on the Debtor's Motion to Incur Debt to Finance Purchase of 2026 Subaru Crosstrek and to Surrender 2023 Kia Sportage**

| Exhibit | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| Debtor 1 | Debtor's second amended chapter 13 plan (ECF No. 49) | | | |
| Debtor 2 | Sale order from Piazza Subaru of Limerick (ECF No. 33-1) | | | |
| Debtor 3 | Debtor's first amended Schedule I (ECF No. 46) | | | |
| Debtor 4 | Debtor's fifth amended Schedule J (ECF No. 50) | | | |